IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAIL HALL                                                                                                    PLAINTIFF

V.                             CASE NO.  4:08CV04214 BSM

USABLE LIFE                                                                                          DEFENDANT

## ORDER

In light of plaintiff's filing of an amended complaint, the defendant's motion to dismiss [Doc. # 3] is denied as moot.

IT IS SO ORDERED this 17th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE