IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GAIL HALL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08CV04214 SWW |
| | * | |
| USABLE LIFE, | * | |
| | * | |
| Defendant. | * | |

**Order**

This case recently was reassigned this Court. According to the parties and the record, at a hearing on plaintiff's motion for summary judgment, plaintiff raised the issue of subject matter jurisdiction for reconsideration. "Any party or the court may, at any time, raise the issue of subject matter jurisdiction." *GMAC Commercial Finance LLC v. Dillard Dep't Stores, Inc.,* 357 F.3d 827, 828 (8th Cir.2004).

Because the Court must as a preliminary matter determine its own jurisdiction, the Court denies without prejudice plaintiff's motion for summary judgment [docket entry 33] at this time. The Court hereby orders the plaintiff to file a brief on the issue of subject matter jurisdiction within fourteen days from the date of entry of this Order.[1] Defendant's brief is due fourteen days thereafter.

SO ORDERED this 27th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] According to the plaintiff, upon his recusal, the reassigning judge opined that briefs on the issue, previously decided by another judge, might be helpful to the new judge assigned to the case.